THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE LUPO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SALVATORE CACCAMISE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANGELO PAPA, Appellant.

Argued April 14, 1953; decided May 22, 1953.

*Maurice Edelbaum* for appellants.

*Frank A. Gulotta, District Attorney* (*Henry P. De Vine* of counsel), for respondent.

Judgments affirmed under the provisions of section 542 of the Code of Criminal Procedure. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.